# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TJGEM LLC, | |
| Plaintiff, | Civil Action No. 13-382 (BAH) |
| v. | Judge Beryl A. Howell |
| REPUBLIC OF GHANA, *et al.* | |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of Defendant Conti Group's ("Defendant Conti") Motion to Dismiss the First Amended Complaint, ECF No. 40; the plaintiff, TJGEM LLC's Motion to Strike Defendant Conti's Motion to Dismiss, ECF No. 42; Defendants Republic of Ghana, Accra Metropolitan Assembly, Kwabena Dufour, and Alfred O. Vanderpuije's (collectively, the "Ghana Defendants") Motion to Dismiss the First Amended Complaint, ECF No. 51; the plaintiff's Motion to Strike the Declarations and Documents or Exhibits filed with the Ghana Defendants' Motion to Dismiss, ECF No. 62; the plaintiff's Amended Motion to Stay, ECF No. 83; Defendants Kwame Building Group, Inc., Craig Lucas, and Anthony Thompson's (collectively, the "KBG Defendants") Motion to Dismiss the First Amended Complaint, ECF No. 53; the KBG Defendants' Motion to Join the Other Defendants' Oppositions to the plaintiff's Motion for Stay, ECF No. 92; and the plaintiff's Motion for Sanctions Against Defendant Vanderpuije, his defense counsel, Creighton R. Magid and Juan C. Basombrio, and Dorsey & Whitney, Defendant Vanderpuije's defense counsel's law firm, ECF No. 89, the related legal memoranda and exhibits in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

1

**ORDERED** that the Ghana Defendants' Motion to Dismiss is GRANTED as to all defendants; and it is further

**ORDERED** that the plaintiff's Motion to Strike the Declarations filed with the Ghana Defendants' Motion to Dismiss and the plaintiff's Motion for Sanctions are DENIED; and it is further

**ORDERED** that all remaining motions are DENIED as moot; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED.**

Date: December 31, 2013

_____
BERYL A. HOWELL
United States District Judge